IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZITOVAULT, LLC, § <br> §  <br> Plaintiff, § <br> § <br> v. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORPORATION and § <br> SOFTLAYER TECHNOLOGIES, INC., § <br> § <br> Defendants. § | Civil Action No. 3:16-cv-00962-M |

# ORDER

Before the Court is the Joint Motion to Amend Patent Scheduling Order [ECF No. 111].

The Motion is **GRANTED**. The Court adopts the following changes to the Patent Scheduling Order:

| Event | Deadline |
|---|---|
| Disclosure of expert reports by party bearing the burden of proof | 4 weeks after the Claim Construction Order |
| Disclosure of rebuttal expert reports | 8 weeks after the Claim Construction Order |
| Deadline for completion of expert discovery | 12 weeks after the Claim Construction Order |
| Deadline for objections to experts, including *Daubert* motions | 13 weeks after the Claim Construction Order |
| Deadline to file dispositive motions | 13 weeks after the Claim Construction Order |

**SO ORDERED.**

January 9, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE

1