IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZITOVAULT, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-00962-M |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and SOFTLAYER TECHNOLOGIES, INC. | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff ZitoVault, LLC and Defendants International Business Machines Corp. and SoftLayer Technologies, Inc. hereby stipulate as follows:

1. ZitoVault, LLC has entered into a binding settlement agreement with International Business Machines Corporation and SoftLayer Technologies, Inc. concerning this legal action that resolves all matters, controversies, and claims made by and between all the parties in this legal action.

2. ZitoVault, LLC's claims are dismissed with prejudice.

3. All defenses and counterclaims of International Business Machines Corporation and SoftLayer Technologies, Inc. are dismissed with prejudice.

4. Pursuant to that agreement, each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with

Prejudice.

5. The Court may enter an Order adopting this Stipulation of Dismissal (With Prejudice) as the Order of the Court.

Dated: August 10, 2018

Respectfully submitted,

**CALDWELL CASSADY & CURRY P.C.**

*/s/ Jason D. Cassady*_____
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF ZITOVAULT, LLC**

/s/ *Andrew M. Holmes*
John R. Emerson
Texas State Bar No. 24002053
Matthew P. Chiarizio
Texas State Bar No. 24087294
HAYNES and BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Tel: (214) 651-5328
Fax: (214) 200-0884

        Charles K. Verhoeven
        California State Bar No. 170151
        Admitted in E.D. Tex.
        Melissa J. Baily
        California State Bar No. 237649
        Admitted in E.D. Tex.
        Andrew M. Holmes
        California State Bar No. 260475
        Admitted in E.D. Tex.
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        50 California Street, 22nd Floor
        San Francisco, CA  94111
        Tel: (415) 875-6600
        Fax: (415) 875-6700

        Alexander Rudis
        New York State Bar No. 4232591
        Admitted in E.D. Tex.
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        51 Madison Ave.
        New York, NY  10010
        Tel: (212) 849-7000
        Fax: (212) 849-7100

        **ATTORNEYS FOR DEFENDANTS INTERNATIONAL BUSINESS MACHINES CORPORATION and SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document instrument was filed electronically in compliance with Local Rule 5.1(d).  As such, this document was served on all counsel who are registered users of ECF on this 10th day of August, 2018.

        */s/ Jason D. Cassady*
        Jason D. Cassady